## George E. Carlson and Florence H. Carlson, Appellants, v. Chicago Title and Trust Company, Trustee, et al., Appellees.

### Gen. No. 41,634.

opinion filed May 19, 1941. James D. Murphy, for appellants; James A. Carey and Albin Dommermuth, of counsel; Miller, Gorham, Wescott & Adams, Harold L. Reeve and C. F. Faust, for appellees. Opinion by PRESIDING JUSTICE O'CONNOR. ''Not to be published in full.''